IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21cv00714

TRACY KELLER,

    Plaintiff,

v.

ROGER HOOGLAND,
DEBBIE HOOGLAND, and
UNITED STATES POSTAL SERVICE,

    Defendants,

---

**NOTICE OF REMOVAL**

---

Defendant the United States Postal Service ("USPS"), through counsel, hereby gives notice of the removal of the above-captioned action pursuant to 28 U.S.C. § 1442 and 28 U.S.C. § 1346. The grounds for removal are as follows:

1. Defendant USPS is an agency of the United States.

2. On January 25, 2021, Plaintiffs initiated this matter in the Colorado District Court in Weld County, Colorado.

3. Service of the Complaint was made on the USPS on February 8, 2021.[1]

4. This action may be removed pursuant to 28 U.S.C. § 1442(a)(1) because it is a "civil action … that is commenced in a State court and … is against or directed to … [t]he

---

[1] Service on the USPS has not been perfected, because Plaintiff has not served the United States. *See* Fed. R. Civ. P. 4(i)(2).

United States or any agency thereof." Specifically, the USPS is an agency of the United States and is a named Defendant.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(b)(1) because it is a civil action on a claim against the United States for money damages, for injury, loss of property, and/or personal injury allegedly caused by the negligent or wrongful act of a Government employee acting within the scope of his employment.

6. Copies of all process, pleadings, and orders served upon the USPS are attached to this Notice of Removal in compliance with 28 U.S.C. § 1446(a).

7. In compliance with D.C.COLO.LCivR 81.1, the USPS will promptly file with this Court any other pleadings, motions, and papers from the state court file once it receives a copy of those documents.

WHEREFORE, notice is given that the action now pending in the Colorado District Court for Weld County, Case No. 2021CV030047, has been removed to this Court.


DATED March 9, 2021.

                                                    Respectfully submitted,

                                                    MATTHEW T. KIRSCH
                                                    Acting United States Attorney

                                                    s/ Katherine A. Ross
                                                    **Katherine A. Ross**
                                                    Assistant United States Attorney
                                                    1801 California Street, Suite 1600
                                                    Denver, Colorado  80202
                                                    Telephone:  (303) 454-0100
                                                    Fax: (303) 454-0408
                                                    E-mail: katherine.ross@usdoj.gov
                                                    Counsel for the USPS

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2021, I provided the foregoing pleading to the following non-CM/ECF participants, via first-class mail, postage prepaid, to:

Andrew Joseph Phillips
Elizabeth R. Fisher
Jordan Scott Levine
Sarah Graham Freedman
4500 Cherry Creek South Drive
Suite #400
Denver, CO 80246

                                                               *s/ Violet Konopka*
                                                       United States Attorney's Office